UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMIR S. MCMILLAN,

                    Plaintiff,

          -against-

NEW YORK STATE D.O.C.C.S., ET AL.,

                    Defendants.

26 CIVIL 00553 (LTS)

# **CIVIL JUDGMENT**

For the reasons stated in the June 11, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

          SO ORDERED.

Dated:    June 17, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                         Chief United States District Judge